IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY**<br>**A/S/O KEVIN BROWN**<br><br>                Plaintiff(s)<br>v.<br><br>**PECO ENERGY COMPANY**<br><br>                Defendant(s). | Civil Action No: 2:19-cv-02791-MAK |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Allstate Insurance Company a/s/o Kevin Brown, and Defendant, Peco Energy Company, by and through their undersigned counsel, that this matter, is dismissed with prejudice, and that each party shall bear its own costs and attorney's fees.

| de LUCA LEVINE LLC | SALMON, RICCHEZZA, SINGER<br>& TURCHI LLP |
|---|---|
| BY: _____<br>**JOSEPH L. MCGLYNN**<br>Three Valley Square, Suite 220<br>Blue Bell, PA 19422<br>215-383-0081<br>215-383-0082 (fax)<br>jmcglynn@delucalevine.com<br>**ATTORNEYS FOR PLAINTIFF** | BY: _____<br>**SHARI F. BERNSTEIN**<br>1601 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-606-6626<br>215-606-6601 (fax)<br>sbernstein@srstlaw.com<br>**ATTORNEY FOR DEFENDAN** |

Dated: November 25, 2019