IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY | : CIVIL ACTION |
| v. | : NO. 19-2791 |
| PECO ENERGY COMPANY | : |

## ORDER

**AND NOW**, this 26th day of November 2019, upon considering the parties' Stipulation to Dismiss (ECF Doc. No. 22), it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall **close** this case.

KEARNEY, J.